[No. 33887-1-I.   Division One.   January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PHONG VAN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00750-1, James H. Allendoerfer, J., entered December 17, 1993. *Affirmed* and *remanded with instructions* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.


[No. 18129-1-II.   Division Two.   January 19, 1996.]

*In the Matter of the Marriage of* PATTI J. BLANCHARD, *Appellant*, v. MICHAEL R. BLANCHARD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-05021-5, Thomas R. Sauriol, J., entered March 18, 1994. *Affirmed as modified* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Bridgewater, J.


[No. 33151-5-I.   Division One.   January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PHUONG BUI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-02679-1-SEA, Peter Jarvis, J., entered July 15, 1993. *Reversed* by unpublished per curiam opinion.


[Nos. 33231-7-I; 33520-1-I.   Division One.   January 22, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. CURTIS RAY EARLS, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, Nos. 93-1-02394-1-SEA and 93-1-02395-9-SEA, Jim Bates, J., entered August 9 and September 27, 1993. *Affirmed* by unpublished per curiam opinion.